AKERS and Others *v.* THE STATE on the relation of KENT and Another.

A sheriff holds till his successor is elected and qualified.

Where a sheriff's official bond is conditioned for the performance of the duties of the office till a successor is elected and qualified, the liability of his sureties continues till that event.

*Quære,* whether it would not continue without such condition.

Wednesday,
January 21,
1857.

APPEAL from the *Floyd* Circuit Court.

*Per Curiam.*—Suit against a sheriff and his sureties on his official bond.

Judgment for the plaintiffs.

It is said two paragraphs of the answer were not replied to; but they set up no defense. The issues tried embraced the merits of the whole case; and no ground appears for the reversal of the judgment. See *Tuley* v. *The State,* 1 Ind. R. 500, and *The State* v. *Porter,* 7 *id.* 204. A sheriff holds till his successor is elected and qualified. The bond sued on was conditioned for the discharge of duties till a successor was elected and qualified, and, hence, continued the liability of sureties till that event, even if it otherwise would not have done so, a point we do not decide.

The judgment below is affirmed with costs.

*R. Crawford*, for the appellants.

*D. C. Chipman* and *T. L. Smith*, for the State.

